In the Matter of Raymond L. Young, Respondent, v Deborah Young, Appellant, et al., Respondent.

Submitted May 7, 2012; decided June 27, 2012

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.